```
1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055
4
                   UNITED STATES BANKRUPTCY COURT
5                  CENTRAL DISTRICT OF CALIFORNIA
6
7  In re:                        ) Case No.: 2:09-bk-36014 VZ
                                 )
8       Arceno, Florencio B.     ) TRUSTEE'S NOTICE OF
                                 ) UNCLAIMED DIVIDEND
9                                ) (Bankruptcy Rule 3011)
                                 )
                                 )
10                               )
                                 )
11
       TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
       Please find annexed hereto Check No. 630112 in the sum of
13
   $8.01 representing the total amount of unclaimed dividend in the
14
   above-entitled debtor's estate.  The check was not deliverable
15
   at the address of record.  The Trustee, after due diligence, has
16
   not been able to locate the payee.  Said sum is paid over to you
17
   pursuant to Bankruptcy Rule 3011.  The record reflects the name
18
   and address of the party entitled to said unclaimed dividend to
19
   be:
20
                Florencio B. Arceno
21              3640 S. Sepulveda Blvd., #226
                Los Angeles, CA 90034
22
23
24 Date:  December 20, 2010          /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee

Check No. 630112

Pay to: 50093000  U.S. BANKRUPCTY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0936014-VZ | 999-0 | ARCENO, FLORENCIO B. | | 0.00 | 8.01 | 0.00 | 8.01 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

December 16, 2010

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

04-79 / 611

No. 630112

PAY** Eight Dollars and 01 Cents********************************************
TO THE ORDER OF

AMOUNT *******$8.01 ***

VOID AFTER March 16, 2011

U.S. BANKRUPCTY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑆630112⑆ ⑈061100790⑈ 000000575200 ⑆